UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                                                                CASE NO.: 22-16925
                                                                                        CHAPTER 13

Michael C. Henage,
   Debtor.

Jill H. Henage,
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       13010 Morris Road, Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Chetan Gopal
                                             Chetan Gopal
                                             Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL C. HENAGE
130 LAUREL VALLEY CIRCLE
ABINGDON, MD 21009

JILL H. HENAGE
130 LAUREL VALLEY CIRCLE
ABINGDON, MD 21009

And via electronic mail to:

STEINER LAW GROUP, LLC
PO BOX 17598
PMB 83805
BALTIMORE, MD 21297

BRIAN A. TUCCI
BRIAN A. TUCCI, CHAPTER 13 TRUSTEE
P.O. BOX 1110
MILLERSVILLE, MD 21108

By: /s/Journie Morosky